| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Pico-Union Housing Corporation** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **23-7113307** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1038 Venice Blvd.** **Los Angeles, CA 90015** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Pico-Union Housing Corporation**                                    Case number *(if known)* _____
       Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____5311____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|------------|------|------------|-------------|------------|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Pico-Union Housing Corporation**                                    Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**

District _____  When _____

Relationship _____

Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor    **Pico-Union Housing Corporation**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

Debtor    **Pico-Union Housing Corporation**                                    Case number (*if known*)
         Name

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **March 12, 2026**
               MM / DD / YYYY

X _____            **Gloria Farias**
Signature of authorized representative of debtor    Printed name

Title    **Executive Director**

---

| | |
|---|---|
| **18. Signature of attorney** | X _____     Date **March 12, 2026** |
| | Signature of attorney for debtor           MM / DD / YYYY |

**David M. Goodrich**
Printed name

**GOLDEN GOODRICH LLP**
Firm name

**3070 Bristol Street**
**Suite 640**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone    **(714) 966-1000**        Email address    **dgoodrich@go2.law**

**208675 CA**
Bar number and State

| Debtor | **Pico-Union Housing Corporation** | | Case number (*if known*) | |
|--------|-----------------------------------|---|---|---|
| | Name | | | |

---

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 12, 2026**
MM / DD / YYYY

**X** _____    **Gloria Farias**
Signature of authorized representative of debtor    Printed name

Title    **Executive Director**

---

**18. Signature of attorney**

**X**    /s/ David M . Goodrich    Date    **March 12, 2026**
Signature of attorney for debtor    MM / DD / YYYY

**David M. Goodrich**
Printed name

**GOLDEN GOODRICH LLP**
Firm name

**3070 Bristol Street**
**Suite 640**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone    **(714) 966-1000**    Email address    **dgoodrich@go2.law**

**208675 CA**
Bar number and State

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

Debtor    **Pico-Union Housing Corporation**                              Case number (*if known*)
          Name

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (*if known*) _____    Chapter    **11**

☐ Check if this is an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | **Dolores Spanish Pecan, LLC** | | | Relationship to you | **Subsidiary** |
| District | **Western District of Texas (San Antonio Division)** | When | **12/18/25** | Case number, if known | **25-53034** |
| Debtor | **Dolores Terravista Housing, LLC** | | | Relationship to you | **Subsidiary** |
| District | **Western District of Texas (San Antonio Division)** | When | **12/17/25** | Case number, if known | **25-53022** |
| Debtor | **Dolores Westwood, LLC** | | | Relationship to you | **Subsidiary** |
| District | **Western District of Texas** | When | **8/07/25** | Case number, if known | **25-51833-cag** |

**BOARD RESOLUTIONS**

**OF**

**PICO UNION HOUSING CORPORATION, INC.**

**A California Nonprofit Public Benefit Corporation**

RESOLUTION AUTHORIZING THE FILING OF CHAPTER 11 BANKRUPTCY AND RETENTION OF PROFESSIONALS

WHEREAS, the Board of Directors (the "Board") of Pico Union Housing Corporation, Inc. (the "Company") has reviewed the Company's financial condition, liabilities, obligations, liquidity, and strategic alternatives; and

WHEREAS, the management of the Company and the Company's financial and legal advisors have provided to the Board certain materials regarding the liabilities and obligations of the Company, its liquidity, strategic alternatives available to it, and the effect of the foregoing on the Company's business, and the Board has had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Company; and

WHEREAS, in the judgment of the Board, it is desirable and in the best interest of the Company, its interest holders, its creditors, and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief (the "Bankruptcy Petition") under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq., as amended (the "Bankruptcy Code") for the Company;

NOW, THEREFORE, BE IT RESOLVED, that the filing of the Bankruptcy Petition on behalf of the Company is hereby approved and adopted in all respects and that any officer of the Company or any other person designated and so authorized to act (each, an "Authorized Officer" and collectively, the "Authorized Officers"), acting alone or together, is hereby authorized, empowered and directed, on behalf of and in the name of the Company, to execute and verify the Bankruptcy Petition and any ancillary documents and cause such Petition to be filed with the appropriate United States Bankruptcy Court;

RESOLVED FURTHER, that each Authorized Officer is designated as the individual with primary and/or sole responsibility for handling matters in the Chapter 11 case (the "Bankruptcy Case");

RESOLVED FURTHER, that each Authorized Officer is authorized and empowered to execute, verify, and file, or cause to be filed, all petitions, schedules, lists, motions, applications, pleadings, and other documents necessary or desirable in connection with the Bankruptcy Case

and to take all actions deemed necessary, proper, or desirable for the successful prosecution of the case;

RESOLVED FURTHER, that each Authorized Officer is authorized and empowered to retain, on behalf of the Company, Golden Goodrich LLP as bankruptcy counsel to render legal services and represent the Company in connection with the Bankruptcy Case on such terms as approved by the Authorized Officer;

RESOLVED FURTHER, that each Authorized Officer is authorized and empowered to retain additional restructuring professionals, financial advisors, accountants, conflicts counsel, and other professionals as deemed necessary or desirable in connection with the Bankruptcy Case;

RESOLVED FURTHER, that any and all actions taken by any Authorized Officer pursuant to these resolutions are hereby approved;

RESOLVED FURTHER, that any and all past actions taken by officers or directors of the Company in furtherance of the foregoing resolutions are hereby ratified, approved, and adopted.

**CERTIFICATION**

The undersigned certify that the foregoing resolutions were duly adopted by the Board of Directors of Pico Union Housing Corporation, Inc. at a meeting duly held on February 5, 2026, at which a quorum was present.

PICO UNION HOUSING CORPORATION, INC.

Mario Morales
President of the Board
Date: February 5, 2026

Rosa Novoa
Secretary of the Board
Date: February 5, 2026

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **1. Chapter 7 bankruptcy filed by subsidiary, Dolores Terravista Housing, LLC, 25-53022-cag, Filed 12/17/2025, Western District of Texas (San Antonio).**
    **2. Chapter 7 bankruptcy filed by subsidiary, Dolores Westwood, LLC, 25-51833-cag, Filed 08/07/2025, Western District of Texas (San Antonio).**
    **3. Chapter 7 bankruptcy filed by subsidiary, Dolores Spanish Pecan, LLC, 25-53034-cag, Filed 12/18/2025, Western District of Texas (San Antonio).**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles, California**              , California.

Date:        **March 12, 2026**

Gloria Farias
Signature of Debtor 1


Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1          **F 1015-2.1.STMT.RELATED.CASES**

## United States Bankruptcy Court
### Central District of California

In re  **Pico-Union Housing Corporation**

Debtor(s)

Case No.

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Executive Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 12, 2026**

Signature

Gloria Farias

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571

Sheet 1 of 1 in List of Equity Security Holders

Fill in this information to identify the case:

Debtor name    **Pico-Union Housing Corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 12, 2026**        X _____
                                          Signature of individual signing on behalf of debtor

                                          **Gloria Farias**
                                          Printed name

                                          **Executive Director**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pico-Union Housing Corporation** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sunset Apartments Housing Cor 1038 Venice Blvd Los Angeles, CA 90015** | | **Note Holder** | | | | **$3,203,972.47** |
| **Dolores-Frances Aff. Housing, LLP 1038 Venice Blvd Los Angeles, CA 90015** | | **Note Holder** | | | | **$2,092,626.81** |
| **Luisa Apartments Limited Partnershi 1038 Venice Blvd Los Angeles, CA 90015** | | | | | | **$1,862,139.00** |
| **Mid-Wilshire Apartments Housing Cor 1038 Venice Blvd Los Angeles, CA 90015** | | **Note Holder** | | | | **$553,100.00** |
| **L.A. Department of Water & Power P O BOX 30808 LOS ANGELES, CA 30808** | | **Services** | | | | **$498,111.37** |
| **West Hills Housing LP 1038 Venice Blvd Los Angeles, CA 90015** | | **Note Holder** | | | | **$437,004.00** |

Debtor  **Pico-Union Housing Corporation** _____    Case number *(if known)* _____
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Genessy Management & Dev, LLC** 334 N. Normandie Ave #104 Los Angeles, CA 90004 | | **Trade Debt** | | | | **$313,637.95** |
| **Hollywood Parkview Apartments Housi** 1038 Venice Blvd Los Angeles, CA 90015 | | **Note Holder** | | | | **$282,000.00** |
| **Dolores Frances Aff. Housing Inc.** 1038 Venice Blvd Los Angeles, CA 90015 | | **Note Holder** | | | | **$276,929.34** |
| **United Agencies, Inc.** 100 N. 1st St. Ste. 301 Burbank, CA 91502 | | **Insurance** | | | | **$171,451.05** |
| **Bexar County Tax Assessor-Collector** 100 Dolorosa San Antonio, TX 78205 | | **Delinquent property taxes** | | | | **$88,297.94** |
| **EGAN \| SIMON Architecture** 7740 W. Manchester Ave Suite 205 Playa del Rey, CA 90293 | | **Profeesional Fees** | | | | **$80,321.42** |
| **Blue Shield of California** PO Box 74915 Los Angeles, CA 90074 | | **Insurance** | | | | **$67,253.95** |
| **CARDMEMBER SERVICE** PO BOX 6294 CAROL STREAM, IL 60197 | | **Credit card purchases** | | | | **$59,926.13** |
| **FIRST INSURANCE FUNDING** P.O BOX 7000 CAROL STREAM, IL 60197 | | **Insurance** | | | | **$51,544.94** |

Debtor  **Pico-Union Housing Corporation**                    Case number *(if known)* _____
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Golden State Public Insurance Adjus 5904 York Blvd Los Angeles, CA 90042** | | **Trade Debt** | | | | **$50,000.00** |
| **Pascual Reyes Apartments, LP 1038 Venice Blvd Los Angeles, CA 90015** | | **Note Holder** | | | | **$47,000.00** |
| **CERTIFIED PUBLIC ACCOUNTANTS, INC. 1071 MORENO WAY PLACENTIA, CA 92870** | | | | | | **$40,505.00** |
| **NOVOGRADAC & COMPANY LLP P.O. Box 7833 San Francisco, CA 94120** | | | | | | **$38,481.66** |
| **Los Angeles County Tax Collector P.O. Box 54110 Los Angeles, CA 90054-0010** | | | | | | **$37,314.75** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David M. Goodrich**<br>**3070 Bristol Street**<br>**Suite 640**<br>**Costa Mesa, CA 92626**<br>**(714) 966-1000 Fax: (714) 966-1002**<br>California State Bar Number: **208675 CA**<br>dgoodrich@go2.law | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Pico-Union Housing Corporation** | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __19__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __**March 12, 2026**__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __**March 12, 2026**__

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

David M. Goodrich
GOLDEN GOODRICH LLP
3070 Bristol Street
Suite 640
Costa Mesa, CA 92626


Pico-Union Housing Corporation
1038 Venice Blvd.
Los Angeles, CA 90015

A-1General Landscaping Service
1701 Lupine Ave
Monterey Park, CA 91755

ADP
P.O BOX 31001-1874
SACRAMENTO, CA 91110

Alfaro, Juan
904 E 32nd Street
Apt 904
Los Angeles, CA 90011

All in One Plumbing Servicies
2842 Mayfield Ave
La Crescenta, CA 91214

Alvarez, Martha
40627 161st Street
Lancaster, CA 93535

Astro Pest Control Svcs. Inc.
321 N. Pass Ave
Suite 51
Burbank, CA 91505

AT&T Mobility
P.O Box 6463
Carol Stream, IL 60197

Athens Services
PO Box 60009
City of Industry, CA 91716

Avalos, Isabella
1656 1/2 West 12th Place
Los Angeles, CA 90015

Bank of Hope
3200 Wilshire Blvd
Ste 1400
Los Angeles, CA 90010

Beth El Synagogue
6729 Long Beach Boulevard
Long Beach, CA 90805

Bexar County Tax Assessor-Collector
100 Dolorosa
San Antonio, TX 78205

Blue Shield of California
PO Box 74915
Los Angeles, CA 90074

BRIANNA'S APPLIANCES
1025 W VENICE BLVD
LOS ANGELES, CA 90015

Broadvoice
PO Box 31001-3150
Pasadena, CA 91110

CALIFORNIA PAVING & GRADING CO. INC
3253 VERDUGO ROAD
LOS ANGELES, CA 90065

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM, IL 60197


Cardona Sandoval, Mauricio A
1809 W 11TH ST
#101
Los Angeles, CA 90006


Castillo, Miguel Antonio
911 East 120th Street
#101
Los Angeles, CA 90059


CBE OFFICE SOLUTIONS
PO BOX 745035
LOS ANGELES, CA 90074


CERTIFIED PUBLIC ACCOUNTANTS, INC.
1071 MORENO WAY
PLACENTIA, CA 92870


CHARTER COMMUNICATIONS
P.O. BOX 60074
CITY OF INDUSTRY, CA 00090-0157


Cintas Corp
16 P.O BOX 29059
PHOENIX, AZ 85038


CITY OF LOS ANGELES HOUSING DEPT.
P.O. BOX 54018
Los Angeles, CA 90017

Cornejo, Katherine
1423 West 12th Place
Los Angeles, CA 90015


David W. Pickard Jr Inc.
13215 Penn St
Suite 300
Whittier, CA 90602


De Leon, Katherine R
5425 Carlton Way
#404
Los Angeles, CA 90027


DEPARTMENT OF TOXIC SUBSTANCES CONT
P O BOX 806
SACRAMENTO, CA 95812


Dolores Frances Aff. Housing Inc.
1038 Venice Blvd
Los Angeles, CA 90015


Dolores-Frances Aff. Housing, LLP
1038 Venice Blvd
Los Angeles, CA 90015


Dunn-Edwards Corporation
P.O. Box 30389
Los Angeles, CA 90030


Edy Reyes
4333 MULTNOMAH ST
LOS ANGELES, CA 90032

EGAN | SIMON Architecture
7740 W. Manchester Ave
Suite 205
Playa del Rey, CA 90293


Espinoza Ramirez, Josue E
2209 Michigan Avenue
Los Angeles, CA 90033


Estrada, Julio
200 North Bixel Street
Los Angeles, CA 90026


Farias, Gloria
1701 Lupine Ave
Monterey Park, CA 91755


FCI Lender Services, INC.
PO BOX 27370
Anaheim, CA 92809


FedEx
PO Box 7221
Pasadena, CA 91109


FIRST INSURANCE FUNDING
P.O BOX 7000
CAROL STREAM, IL 60197


FlexTG
800 N. haven Ave
Suite 220
Ontario, CA 91764

Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2950


Francisco Rivas Martinez
DBA #ONE CA
714 S New Hampshire Ave, #11
Los Angeles, CA 90005


Genessy Management & Dev, LLC
334 N. Normandie Ave
#104
Los Angeles, CA 90004


Golden State Public Insurance Adjus
5904 York Blvd
Los Angeles, CA 90042


GONZALEZ, CHISCANO, ANGULO
9601 McAllister Freeway
Suite 401
San Antonio, CA 78216


Gonzalez, Janet
1130 West 28th Street
Los Angeles, CA 90007


GRANT THORNTON, LLP
33562 Treasury Center
Chicago, IL 60694


Greg Larson & Co., LLC
3221 HUTCHISON AVE
SUITE D
LOS ANGELES, CA 90034

Guerrero, Ricardo
633 W Reggin St
Monterey park, CA 91754


Gutierrez, Selena S
1438 Toberman Street
Los Angeles, CA 90015


HANDY 365 INC.
1107 S. Alvarado St
#204
Los Angeles, CA 90006


Health Center, Inc.
1055 Venice Blvd
Los Angeles, CA 90015


Hernandez, Ana Cristina
2712 Nebraska Avenue
Los Angeles, CA 90280


Hollywood Parkview Apartments Housi
1038 Venice Blvd
Los Angeles, CA 90015


HOME DEPOT CREDIT SERVICES
DEPT.32-2531966905, P.O. BOX 78047
PHOENIX, AZ 85062


Ibarra, Antonio
165 E 56th St
Los Angeles, CA 90011

IMG CONSTRUCTION MANAGEMENT INC
18952 MACARTHUR BLVD
STE 210
IRVINE, CA 92612


Impact Mortgage Opportunities Fund
c/o Thompson Coburn LLP
Attn: Jeffrey N. Brown
10100 Santa Monica Blvd., Suite 500
Los Angeles, CA 90067


ISAAC  & JACQUELINE MORADI
9301 WILSHIRE BLVD
SUITE 315
BEVERLY HILLS, CA 90210


Jarmin, Asela N
535 E 223 Rd St
Unit 11
Carson, CA 90745


JBM GLASS WINDOWS and DOORS
1268 Bellevue Ave
Los Angeles, CA 90026


JOHNNY E. CISNEROS
1220 BUENA VISTA
San Antonio, TX 78207


Johnstone Supply of Los Angeles
1433 Venice Blvd.
Los Angeles, CA 90006


Kimball Tirey & St. John LLP
7676 Hazard Center Drive
Suite 900-D
San Diego, CA 92108

L.A. Department of Water & Power
P O BOX 30808
LOS ANGELES, CA 30808


LA FONDA RESTAURANT
2501 WILSHIRE BLDG
Los Angeles, CA 90057


LAHD
P.O. BOX 102658
PASADENA, CA 91189


Landeros, Lorena E
245 Mc Collum Lane
Coalinga, CA 93210


Law Office of Ada R Cordero-Sacks
8399 Topanga Cyn Blvd.
Suite 304
West Hills, CA 91304


LAW OFFICE OF DAVID PICKARD
13215 Penn st
Suite 300
Whittier, CA 90602


Logan Mortgage Inc.
5000 N PARKWAY CALABASAS
STE 200
CALABASAS, CA 01302


LONE OAK FUND
11611 San Vicente Blvd
Ste 640
Los Angeles, CA 90049

Lopez, Ignacio A
904 E 32nd St
Los Angeles, CA 90011

Lopez, Wendy
36501 Eveningside Drive
Palmdale, CA 93552

Los Angeles County Sheriff
Civil Management Bureau
110 N Grand Ave., #525
Los Angeles, CA 90012

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0010

Lowe's Home Centers, LLC
4550 W Pico Blvd, D-101
Los Angeles, CA 90019

Luisa Apartments Limited Partnershi
1038 Venice Blvd
Los Angeles, CA 90015

Manuel Cupul
43660 Oleander Street
Lancaster, CA 93535

MARINA ROY BUENAVENTURA
4042 CHEENA DRIVE
Houston, TX 77025

Martin, Albert F
1423 West 12th Pl
#24
Los Angeles, CA 90015

Martinez Brambila, Jesus
1200 S. Union  Ave
# 140
Los Angeles, CA 90015

Martinez, Manuel
2209 Michigan Ave
#212
Los Angeles, CA 90022

Metropolitan Elevator Co. Inc.
680 Wilshire Place
Suite #307
Los Angeles, CA 90005

Mid-Wilshire Apartments Housing Cor
1038 Venice Blvd
Los Angeles, CA 90015

MISSION VALLEY BANK
9116 Sunland Blvd
Sun Valley, CA 91352

Morales, Humberto
1408 W 11th ST
APT 06
Los Angeles, CA 90015

NOVOGRADAC & COMPANY LLP
P.O. Box 7833
San Francisco, CA 94120

Nvestor Funding
1401 21st St., Ste. R
Sacramento, CA 95811


Pacific Coast Iron & Fence
2911 Humboldt Street
Los Angeles, CA 90031


Pacific Life
PO Box 100418
Pasadena, CA 91189


PACIFIC WEST MORTGAGE FUND, LLC
1420 Marcelina Avenue
Torrance, CA 90501


Pascual Reyes Apartments, LP
1038 Venice Blvd
Los Angeles, CA 90015


Pelato, Natalie M
245 W EL REPETTO DR
Monterey park, CA 91754


Perez, Guillermo
1200 S. Union  Ave
# 301
Los Angeles, CA 90015


PEREZ, JUAN J
1809 W 11TH ST
APT 317
Los Angeles, CA 90006

PMF CA REIT, LLC
23586 Calabasas Road
Suite 100
Calabasas, CA 91302


Quiterio, Miguel Antonio
825 Greenview Ave
#202
Los Angeles, CA 90017


RAMIREZ, MARIA BELEN
1809 West 11th Street
#402
Los Angeles, CA 09006


Ramirez, MIguel
1809 W 11TH ST
# 306
Los Angeles, CA 90006


Rangel Sanchez, Gloria Esther
1627 East 118th Place
#40
Los Angeles, CA 90059


RENTGROW INC.
P.O. Box 847851
Boston, MA 90605


Republic Services
2533 E 67th St
Long Beach, CA 90805


REPUBLIC SERVICES #902
PO BOX 60586
CITY OF INDUSTRY, CA 91716

RHM Law LLP
17609 Ventura Blvd
Suite 314
Encino, CA 91316


Rodriguez, Miguel M
1463 Campus Rd
Los Angeles, CA 90043


Rojas Navarrete, Darlen
1809 W 11TH ST
# 101
Los Angeles, CA 90006


Salas, Ana P
1331 1/2 Toberman St
Apt B
Los Angeles, CA 90015


SAN MARTIN TERMITE & PEST CONTROL,I
13502 Whittier Blvd
Suite H PMB 252
Whittier, CA 90605


Sandoval, Juan Manuel
1833 West 5th Street
#207
Los Angeles, CA 90057


Sandoval, Maricarmen
1833 West 5th Street
#207
Los Angeles, CA 90057


Santizo, Yendi Sucely
2209 Michigan Ave
#212
Los Angeles, CA 90022

Santos, Eleanor G
2930 West 7th Street
#13
Los Angeles, CA 90005


SHELLPOINT
P.O. BOX 650840
DALLAS, TX


SoCalGas
P.O. BOX C
MONTEREY PARK, CA 91756


Spectrum Business
PO Box 60074
City of Industry, CA 91716


SUB-ZERO FIRE PROTECTION INC
20058 Ventura Blvd
Ste. 321
Woodland Hills, CA 91364


Sunset Apartments Housing Cor
1038 Venice Blvd
Los Angeles, CA 90015


Superior Court of CA
County of Los Angeles
111 North Hill Street
Los Angeles, CA 90012


Tangram Insurance Services,Inc
PO BOX 261567
Hartford, CT 06126

TechZone Networks, Inc.
P.O. Box 11539
Glendale, CA 91226


Tejon Builders, Inc.
1463 Campus Road
Los Angeles, CA 90042


The Gas Company
PO Box C
Monterey Park, CA 91756


The Guardian Life Ins. Co. of Ameri
PO Box 677458
Dallas, TX 75267


Time Warner Cable
PO BOX 60074
City of Industry, CA 91716


TLD LAW
3900 KILROY AIRPORT WAY
SUITE 240
LONG BEACH, CA 90806


Torres Navarro, Jesus I
250 Lupine Pl
Monterey Park, CA 91755


Trigueros, Yolanda A
1027 S Burlington Ave
Apt B
Los Angeles, CA 90006

United Agencies, Inc.
100 N. 1st St.
Ste. 301
Burbank, CA 91502


United Site Services
P.O. Box 660475
DALLAS, TX 75266


US Bank Equipment
PO Box 790408
Saint Louis, MO 63179-0408


Vali Morshedi
23705 Vanowen St
#144
West Hills, CA 91307


Vasquez, Jose A
1021 S Parkview St
#109
Los Angeles, CA 90006


Viva Zapata Lock & Key
1809 S Hoover Street
Los Angeles, CA 90006


West Hills Housing LP
1038 Venice Blvd
Los Angeles, CA 90015


WGI, INC
VISTA PARKWAY
WEST PALM BEACH, FL 33411

Zelaya, Victor Hugo
2826 S. LaSalle Ave
#201
Los Angeles, CA 90018

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David M. Goodrich**<br>**3070 Bristol Street**<br>**Suite 640**<br>**Costa Mesa, CA 92626**<br>**(714) 966-1000 Fax: (714) 966-1002**<br>California State Bar Number: **208675 CA**<br>**dgoodrich@go2.law** | |
| ■ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Pico-Union Housing Corporation**<br><br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| Plaintiff(s), | |
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **David M. Goodrich**                                    , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.  ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **March 12, 2026** | By:  /s/ David M. Goodrich |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name:  **David M. Goodrich** |
| | Printed name of Debtor, or attorney for Debtor |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**