**GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
Jeannie Kim, State Bar No. 270713
jkim@go2.law
Sarah Tidd, State Bar No.
stidd@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Pico-Union
Housing Corp.

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re | Case No. 2:26-bk-12372-VZ |
|---|---|
| PICO-UNION HOUSING CORP., | Chapter 11 |
| Debtor and Debtor in Possession. | **DECLARATION OF DAVID M. FITZGERALD REGARDING TELEPHONIC NOTICE AND SERVICE OF DEBTOR'S EMERGENCY MOTIONS FOR ORDERS:** |

**(1) AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. 363(c);**

**(2) (A) AUTHORIZING PAYMENT OF PREPETITION EMPLOYEE OBLIGATIONS, INCLUDING WAGES, COMPENSATION, BENEFITS, EXPENSE REIMBURSEMENTS, AND RELATED OBLIGATIONS; AND (B) CONFIRMING RIGHT TO PAY WITHHOLDING AND PAYROLL TAXES;**

**(3) AUTHORIZING DEBTOR TO MAINTAIN ITS EXISTING BANK ACCOUNTS AND TO CONTINUE USING ITS PREPETITION CASH MANAGEMENT SYSTEM AND EXISTING BUSINESS FORMS;**

**(4) (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE; AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT; AND**

**(5) LIMITING NOTICE OF CERTAIN MATTERS REQUIRING NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Hearing Date/Time/Location:
Date:        March 17, 2026
Time:        12:30 p.m.
Location:   Edward R. Roybal Federal Building
                  and Courthouse
                  255 E. Temple Street
                  Courtroom 1368
                  Los Angeles, CA 90012
                  or via ZoomGov

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

4915-0163-5479.1

2

Fitzgerald Declaration re Tel. Notice of
Hearing and Service of Emergency Motions

I, David M. Fitzgerald, declare as follows:

1.    I am a legal administrative assistant at the law offices of Golden Goodrich LLP ("Firm"), proposed bankruptcy counsel for Pico-Union Housing Corp, the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case ("Debtor").  The following facts are true and correct and within my own personal knowledge and belief, and if called as a witness, I could and would competently testify thereto.

2.    On March 13, 2025, between the hours of 1:00 p.m. and 5:10 p.m. (Pacific Daylight Time), I attempted to contact the interested parties telephonically as instructed by the bankruptcy court.

3.    During each telephone call, I informed each person, voicemail or answering machine that I reached that on March 17, 2026 at 12:30 p.m. in Courtroom 1368 located at the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California, an emergency hearing (the "First Day Hearing") will be held before the Hon. Vincent P. Zurzolo on the following emergency motions filed by the Debtor:

    a.    *Emergency Motion for Order Authorizing Interim Use of Cash Collateral Pursuant to 11 U.S.C. 363(c)*;

    b.    *Emergency Motion for Order (1) Authorizing Payment of Prepetition Employee Obligations, Including Wages, Compensation, Benefits, Expense Reimbursements, and Related Obligations; and (2) Confirming Right to Pay Withholding and Payroll Taxes*;

    c.    *Emergency Motion for Order Authorizing Debtor to Maintain Its Existing Bank Accounts and to Continue Using Its Prepetition Cash Management System and Existing Business Forms*; and

    d.    *Emergency Motion for Order Pursuant to 11 U.S.C. § 366: (1) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service; (2) Deeming Utilities Adequately Assured of Future Performance; and (3) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment* (collectively, the "Motions").

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

Fitzgerald Declaration re Tel. Notice of Hearing and Service of Emergency Motions

4.     The below chart details the results of my efforts to give telephonic notice of the First Day Hearing:

| Creditor/Party in Interest | Result |
|---|---|
| Pico-Union Housing Corporation (Debtor)<br>Phone: 213-747-2790 | Spoke with Natalie and provided all relevant information. |
| Office of the United States Trustee:<br>Phone: 213-894-6811 | Left detailed voice mail in general delivery mailbox |
| Bank of Hope<br>Phone: 213-639-1700 | Spoke with Jin who refused to transfer me or take any necessary information. |
| Beth El Synagogue<br>Phone: 562-426-6413 | No voice-mail available and no human answers phone. |
| FCI Lender Services, Inc.<br>Servicing or Collection Agent<br>Phone: 800-931-2424 | Spoke with Fabian and Vickie.  Gave all relevant information |
| Impact Mortgage Opportunites Fund, L.P.<br>c/o Thompson Coburn LLP<br>Phone: 818-585-6556 | Left detailed voice mail with all relevant information. |
| Lone Oak Fund<br>Phone: 310-826-2888 | Spoke with Marian and gave all relevant information |
| Mission Valley Bank<br>Phone: 818 394-2300 | Spoke with Jessica and left phone number for return call.  Refused to take any information and/or transfer me to anybody. |
| Nvestor Funding<br>Phone: 877-231-3111; 480-790-8618 | Spoke with Angie who refused to advised she was unable to take the information or transfer me to anybody. |
| Pacific West Mortgage Fund, LLC<br>Served Via counsel at Fortra Law, Marina Fineman<br>Phone: 949-237-7154 | Left detailed message in voicemail with all relevant information. |
| PMF CA REIT, LLC<br>Phone: 818-222-2800 | Left detailed message in voicemail with all relevant information. |
| Shellpoint (Loan Servicer)<br>Phone: 800-365-7107 | Spoke with unidentified individual and provided all relevant information. |
| Sunset Apartments Housing Corp<br>Phone: 213-747-2790 | Spoke with Natalie and provided all relevant information. |
| Dolores-Frances Aff. Housing, LLC<br>Phone: 213-747-2790 | Spoke with Natalie and provided all relevant information. |
| Luisa Apartments Limited Partnership<br>Phone: 323-266-8531 | Spoke with Natalie and provided all relevant information. |
| Mid-Wilshire Apartments Housing Corp<br>Phone: 213-747-2790 | Spoke with Natalie and provided all relevant information. |
| L.A. Department of Water & Power<br>Phone: 800-342-5397 | No voice-mail available and no human answers phone. |
| West Hills Housing LP<br>Phone: 213-747-2790 | Spoke with Natalie and provided all relevant information. |

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

4915-0163-5479.1

2

Fitzgerald Declaration re Tel. Notice of Hearing and Service of Emergency Motions

| Creditor/Party in Interest | Result |
| --- | --- |
| Genessy Management & Dev, LLC Phone: 323-913-2905 | Attempted phone contact which went to voicemail. Voicemail full. Unable to leave information |
| Hollywood Parkview Phone: 213-747-2790 | Spoke with Natalie and provided all relevant information. |
| Dolores Frances Aff. Housing Inc. Phone: 213-747-2790 | Spoke with Natalie and provided all relevant information. |
| United Agencies, Inc. Phone: 800-800-5880 | Spoke with Maribel and gave all relevant information. |
| Bexar County Tax Assessor-Collector Phone: 210-335-2251 | No voice-mail available and no human answers phone. |
| EGAN \| SIMON Architecture Phone: 310-306-7804 | No voice-mail available and no human answers phone. |
| Blue Shield of California Phone: 800-541-6652 | No voice-mail available and no human answers phone. |
| Chase Cardmember Services Phone: 800 432-3117 | No voice-mail available and no human answers phone. |
| FIRST INSURANCE FUNDING 800-432-3117 | Placed on eternal hold. Call terminated. No message left. |
| Golden State Public Insurance Adjusters Phone: 866-472-7662 | Spoke with Patricia. Transferred to voicemail. Left all relevant information. |
| Pascual Reyes Apartments, LP Phone: 213-747-2790 | Spoke with Natalie and provided all relevant information. |
| Certified Public Accountants, Inc. Phone: 714 270-7834 | Left detailed voicemail for Peter with all relevant information. |
| NOVOGRADAC & COMPANY LLP Phone: 415.356.8000 | Gave all relevant information to unidentified individual |
| Los Angeles County Tax Collector Phone: 213-974-2111 | Eternal hold. Terminated call. No message left |
| AT&T Phone: 210-821-6100 | No voice-mail available and no human answers phone. |
| Athens Services Phone: 888-336-6100 | Left detailed message for Arlene with all relevant information. |
| Broadvoice Phone: 866-634-1394 | No voice-mail available and no human answers phone. |
| L.A. Department of Water & Power Phone: 800-342-5397 | No voice-mail available and no human answers phone.v |
| REPUBLIC SERVICES Phone: 800-299-4898 | No voice-mail available and no human answers phone. |
| SoCalGas Phone: 877-238-0092 | Left detailed message for Arlene with all relevant information. |
| Spectrum Business Phone: 314-394-9702 | Left detailed message for Arlene with all relevant information. |

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

4915-0163-5479.1

3

Fitzgerald Declaration re Tel. Notice of Hearing and Service of Emergency Motions

5.    In addition to giving telephonic notice of the First Day Hearing, I sent a copy of each of the Motions, along with the Debtor's *Emergency Limiting Notice of Certain Matters Requiring Notice to Creditors Pursuant to Rules 2002 And 9007 of the Federal Rules of Bankruptcy Procedure* (the "Limit Notice Motion") via email, to the below parties at the email addresses listed below:

| Creditor/Party in Interest | Email Address |
|---|---|
| Pico-Union Housing Corporation (Debtor) | hello@puhc.org |
| Office of the United States Trustee Kelly L. Morrison | kelly.l.morrison@usdoj.gov ustpregion16.la.ecf@usdoj.gov |
| Bank of Hope | MBD.Servicing@bankofhope.com Levy-subpoena@bankofhope.com adam.karasik@bankofhope.com |
| Beth El Synagogue | office@tbslb.org |
| FCI Lender Services, Inc. (Servicing or Collection Agent) | help@myfci.com; customerservice@myfci.com |
| Impact Mortgage Opportunites Fund, L.P. c/o Thompson Coburn LLP | jbrown@thompsoncoburn.com |
| Lone Oak Fund | loans@loneoakfund.com marian@loneoakfund.com |
| Mission Valley Bank | compliance@missionvalleybank.com |
| Nvestor Funding | info@nvestorfunding.com estela@nvestorfunding.com |
| Pacific West Mortgage Fund, LLC Served Via counsel at Fortra Law | m.fineman@fortralaw.com |
| PMF CA REIT, LLC | jtullius@tulliuslaw.com |
| Shellpoint (Loan Servicer) | info@shellpoint.org lossmitigation@shellpointmtg.com |
| Sunset Apartments Housing Corp. | hello@puhc.org |
| Dolores-Frances Aff. Housing, LLC | hello@puhc.org |
| Luisa Apartments Limited Partnership | hello@puhc.org |
| Mid-Wilshire Apartments Housing Corp. | hello@puhc.org; info@puhc.org |
| L.A. Department of Water & Power | ladwp@care.enervee.com |
| West Hills Housing LP | hello@puhc.org |
| Genessy Management & Dev, LLC | info@genessy.com |
| Hollywood Parkview | hello@puhc.org |
| Dolores Frances Aff. Housing Inc. | hello@puhc.org |
| Blue Shield of California | eva.mendez@blueshieldca.com |
| FIRST INSURANCE FUNDING | abernathy@firstinsurancefunding.com |
| Golden State Public Insurance Adjusters | claims@gstateca.com |
| Pascual Reyes Apartments, LP | msmith@puhc.org |
| NOVOGRADAC & COMPANY LLP | contact@novoco.com |
| Los Angeles County Tax Collector | helpdesk@assessor.lacounty.gov |

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

| Creditor/Party in Interest | Email Address |
|---|---|
| AT&T | Attmobility.ncc@att.com |
| Athens Services | d.chiapetta@athensservices.com |
| L.A. Department of Water & Power | ladwp@care.enervee.com |
| SoCalGas | customerservice@socalgas.com |
| Spectrum Business | leroc@charter.com |

6.    Additionally, I directed Nationwide Legal LLC to effect service of process via personal delivery on the following parties:

| Creditor/Party in Interest | |
|---|---|
| United Agencies, Inc.<br>100 N. 1st St., Ste. 301<br>Burbank, CA 91502 | Bexar County Tax Assessor-Collector<br>100 Dolorosa<br>San Antonio, TX  78205 |
| EGAN \| SIMON Architecture<br>7740 W. Manchester Ave, Suite 205<br>Playa del Rey, CA  90293 | Chase Cardmember Services<br>4719 W 29th St<br>Greeley, CO 80634 |
| Certified Public Accountants, Inc.<br>1071 MORENO WAY<br>PLACENTIA, CA  92870 | Broadvoice<br>9221 Corbin Ave #155<br>Northridge, CA 91324 |
| REPUBLIC SERVICES<br>18500 N. Allied Way<br>Phoenix, AZ 85054 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of March, 2026, at Costa Mesa, California.

_____
David M. Fitzgerald

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **DECLARATION OF DAVID M. FITZGERALD REGARDING TELEPHONIC NOTICE AND SERVICE OF DEBTOR'S EMERGENCY MOTIONS FOR ORDERS: (1) AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. 363(c); (2) (A) AUTHORIZING PAYMENT OF PREPETITION EMPLOYEE OBLIGATIONS, INCLUDING WAGES, COMPENSATION, BENEFITS, EXPENSE REIMBURSEMENTS, AND RELATED OBLIGATIONS; AND (B) CONFIRMING RIGHT TO PAY WITHHOLDING AND PAYROLL TAXES; (3) AUTHORIZING DEBTOR TO MAINTAIN ITS EXISTING BANK ACCOUNTS AND TO CONTINUE USING ITS PREPETITION CASH MANAGEMENT SYSTEM AND EXISTING BUSINESS FORMS; (4) (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE; AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT; AND (5) LIMITING NOTICE OF CERTAIN MATTERS REQUIRING NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **March 16, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 16, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 16, 2026 | David M. Fitzgerald | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
**ELECTRONIC SERVICE LIST:**
Lindsay A Aragon    lindsay@aragonlaw.com
Simon Aron    saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
Jeffrey N Brown    jbrown@thompsoncoburn.com,
cmamayson@thompsoncoburn.com,smagnus@thompsoncoburn.com,DocketLA@thompsoncoburn.com,kclark@thompsoncoburn.com,jdivack@thompsoncoburn.com
Romano Marapao De Guzman    rdeguzman@scif.com
Marina Fineman    m.fineman@fortralaw.com, concierge@fortralaw.com
David M Goodrich    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
Elsa M Horowitz    ehorowitz@wrslawyers.com, jlee@wrslawyers.com
Jeannie Kim    jkim@go2.law,
dfitzgerald@go2.law;kadele@go2.law;lusmani@go2.law;cmeeker@go2.law;cbmeeker@gmail.com
Kelly L Morrison    kelly.l.morrison@usdoj.gov
Matthew D. Resnik    matt@rhmfirm.com,
roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
J. Alexandra Rhim    arhim@lakklawyers.com, ncondren@lakklawyers.com
Jennifer R Tullius    jtullius@tulliuslaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**SERVED VIA EMAIL AND PERSONAL SERVICE**
Honorable Vincent Zurzolo
United States Bankruptcy Court
Central District of California
255 E. Temple St, Ste 1360/Ctrm 1368
Los Angeles, CA  90012
Chambers_VZurzolo@cacb.uscourts.gov
**Personal Service**